Decided July 16, 1980

CITY OF HARTFORD ET AL. *v.* ARTHUR POWERS, COMMISSIONER OF TRANSPORTATION

The plaintiff's petition for certification for appeal from the Superior Court in the judicial district of Hartford-New Britain at Hartford is granted by the court.

*Alexander A. Goldfarb,* coporation counsel, *Dennis L. Pieragostini,* assistant corporation counsel, *James F. Meehan, Raymond R. Norko, Judith I. Solomon* and *Peter Munsing,* in support of the petition.

*William A. McQueeney, Arnold K. Shimelman* and *Susan T. Pearlman,* assistant attorneys general, in opposition.

Decided July 16, 1980